**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-20489
Summary Calendar

JOANN BOWEN RUSSU,

Plaintiff-Appellant,

VERSUS

THE CITY OF HOUSTON, TEXAS,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CV-3727)

February 24, 1999

Before DAVIS, DUHÉ and PARKER, Circuit Judges

PER CURIAM:[*]

After reviewing the record in this case and considering the briefs of the parties, we affirm the district court's judgment essentially for the reasons assigned by the district court in its careful April 28, 1998 order.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.